# Court of Appeals
# of the State of Georgia

ATLANTA, June 03, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1213. GREG HOLLAND v. GUARANTY SOLUTIONS RECOVERY FUND 1, LLC.

In this civil action, defendant Greg Holland filed this direct appeal from the trial court's December 17, 2020 order denying his motion for a protective order against post-judgment subpoenas sent by plaintiff Guaranty Solutions Recovery Fund 1, LLC. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Here, the trial court's December 17, 2020 order is not a final order, as the case remains pending in the trial court. Cf. *Cornelius v. Finley*, 204 Ga. App. 299, 300-301 (418 SE2d 815) (1992) (an order compelling post-judgment discovery "is not *final* in the sense of being dispositive of the case, as contemplated by OCGA § 5-6-34 (a) (1)," where disputed discovery remains unanswered). Consequently, Holland was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to seek appellate review of the December 17, 2020 order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). His failure to do so deprives us of jurisdiction over this direct appeal which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/03/2021*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



, Clerk.